UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER MOSKOVITS,<br><br>                Plaintiff,<br><br>-against-<br><br>BANK OF AMERICA N.A.; SCHOEMAN UPDIKE KAUFMAN & BERGER, LLP; BETH KAUFMAN; SILVIA LARIZZA; CALVIN GRIGSBY; ROGER BERNSTEIN; BARRY OSTRAGER; DOES 1 – 10,<br><br>                Defendants. | 20-CV-10537 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 12, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 12, 2021
            New York, New York

                                                                            *Louis L. Stanton*
                                                                            Louis L. Stanton
                                                                               U.S.D.J.